## William T. Keck et al. v. William J. McEldowney et al.

PRACTICE—*Taking Judgment by Default While Plea is on File is Error.*—The filing of a plea is a waiver of a demurrer already on file, and while a plea is on file it is error to take judgment against a defendant by default.

Assumpsit, on a promissory note. Error to the Superior Court of Cook County; the Hon. FARLIN Q. BALL, Judge, presiding. Heard in this court at the October term, 1897. Reversed and remanded. Opinion filed January 17, 1897.

CHARLES PICKLER, attorney for appellants.

MR. JUSTICE ADAMS DELIVERED THE OPINION OF THE COURT.

It appears from the record, that defendants in error sued the plaintiffs in error in assumpsit to the July term, 1896, of the Superior Court; that the summons was served in time for that term; that July 8, 1896, which was the third day of the July term, plaintiffs in error filed a demurrer to the declaration of defendants in error, and on the same day filed a plea of the general issue verified, which waived the demurrer, and that defendants in error, July 13, 1896, and while said plea was on file, took judgment by default against

plaintiffs in error for want of a plea.  The taking such judgment was evidently an oversight on the part both of the trial court and the attorney of defendants in error.

Judgment reversed and cause remanded.